IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WYNTER ADONNIS BOYD                                                                    PLAINTIFF

v.                                      No. 4:10CV01612 JLH

RAUSCH COLEMAN HOMES/
PERFORMANCE GROUP                                                                      DEFENDANT

## ORDER

Defendant's motion to extend the time for filing dispositive motions is GRANTED. The deadline for filing dispositive motions is extended up to and including September 30, 2011.

IT IS SO ORDERED this 21st day of September, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE