### IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

WYNTER ADONNIS BOYD                                                                                          PLAINTIFF

v.                                      No. 4:10CV01612 JLH

RAUSCH COLEMAN HOMES/
PERFORMANCE GROUP                                                                                         DEFENDANT

### ORDER

Defendant's motion to extend the time for filing dispositive motions is GRANTED. The deadline for filing dispositive motions is extended up to and including September 30, 2011.

IT IS SO ORDERED this 21st day of September, 2011.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE