**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

WYNTER ADONNIS BOYD                                                                               PLAINTIFF

v.                                          No. 4:10CV01612 JLH

RAUSCH COLEMAN
PERFORMANCE GROUP, LLC[1]                                                              DEFENDANT

**ORDER**

On September 29, 2011, the defendant filed a motion to dismiss the complaint pursuant to Rule 37(d) of the Federal Rules of Civil Procedure. On September 30, 2011, the defendant filed a motion for summary judgment pursuant to Rule 56 of the Federal Rules of Civil Procedure. The plaintiff has not responded to either motion. The Court hereby gives notice to the plaintiff that if she fails to file a response *by the close of business on Monday, October 31, 2011*, the Court will assume that she does not oppose the pending motions and will act accordingly.

IT IS SO ORDERED this 24th day of October, 2011.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed her complaint against "Rausch Coleman Homes/Performance Group." The defendant has filed its motion to dismiss and motion for summary judgment in the name of "Rausch Coleman Performance Group, LLC." Documents #23 and #27. The Clerk is directed to correct the style of the case to show that Rausch Coleman Performance Group, LLC, is the correct party defendant, replacing Rausch Coleman Homes/Performance Group.