IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

WYNTER ADONNIS BOYD                                                                                    PLAINTIFF

v.                                        No. 4:10CV01612 JLH

RAUSCH COLEMAN
PERFORMANCE GROUP, LLC                                                                            DEFENDANT

## JUDGMENT

Pursuant to the Order entered separately today, judgment is entered in favor of Rausch Coleman Performance Group, LLC, on the claims of Wynter Adonnis Boyd. The complaint of Wynter Adonnis Boyd is dismissed with prejudice.

IT IS SO ORDERED this 1st day of November, 2011.

J. LEON HOLMES
UNITED STATES DISTRICT JUDGE